*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Susan Kay Slividu
(Enter full name of each Plaintiff, above)

vs.

Fargo VAMC
US Department of Veterans
Affairs & Regional
Office Center, Fargo ND

Robert Wilkie Sec of
Veterans Affairs
(Enter full name of each Defendant, above)
US Department Labor
Office of Admin Law Judge

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED  ☑Yes  ☐No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

VA failed to comply with 09/14/06 Ralph Erickson 3:04 CV 00147 and west law slip copy, 2006 WL 2780113 (D.N.D) Reassignment Required to put me back to work the Fargo VAMC Appeal - denied in entirety. I have applied 50+ contempt of court, breach contract non compliance continued disparate treatment. Never updated OWCP Department Labor - I updated 20 years plus the agency does not defend my employee rights & owes me 1468 from approving check for back injury then never paid. VA has medical never opens court document 0070 permanent injury violates FEC 5 USC 8101 et seq. Never compensated for the page long list of injury denied for the use of "believes" them to be true. I currently need 2 surgeries on feet. Court made decision loreza disability for them 2006 & still not comp

SAMPLE COMPLAINT

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Susan Kay Sivicki
11621 76th ST NE
Fairdale ND 58229

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Robert Wilkie
Sec of Veterans Affairs
810 Vermont Ave
Washington DC
20420

Respondent
US Department of Veterans Affairs Medical & Regional Office Center
Fargo ND

US Department of Labor
Office of Administrative Law Judges
800 K Street NW Suite 400 N
Washington DC 20001-8002

**SAMPLE COMPLAINT**                                2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

09/14/06 Fargo VAMC was found guilty of wrongfully termination, non accommodation of OWCP injury to my right foot/side (60%) disabling, unfair hiring practices, disparate treatment (disability), EEOC retaliation (my sister Lebra Montplaisir Agent Cashier Fargo VA (hostile work enviorn non-prom), defamation of character/slander neg unfair job ref cost $42,500 MN workforce)

OWCP notified able to work, repeatedly put on voc rehab, ignored. Ignored wrongfully terminated, not accommodated for OWCP per FEC 5 USC 8101 et seq, permanent injury court 09/14/06 60% right foot, No compensation 14 years later.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

EEOC made me file new number vp. retaliation amend closed ORM breach contract - sending to court report labor sending to ECAB denied OWCP sending to court as regulations, compliance and laws not followed, requesting my rights to be acknowledged.

**SAMPLE COMPLAINT**                              3

**VI. RELIEF.** State what you want the Court to do for you.

Damages made whole, respectfully court cost attorney fees waiver due to cost Paid 53,500 to attorney 2007 court as a student. Received 75,000 and VA Non compliance of putting me back to work. Breach contract. These individuals have shown they feel they are above the law for disabled individuals. It has been 20 yrs my attorney passed away, shortly after hearing. I am a disabled veteran. Listed remedies in reply to closure. Taken to small claims 3 times this year for VA Bills medical this year media states the employees are footing bill for compliance of Agencies. Rules & Regulations need to be followed by all and the leaders need to set the example. These Agencies should not be above the laws. Thank you

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 29th day of APRIL, 2020

_Susan Kay Dwidla_  
Signature of Plaintiff

_Susan Kay Dwidla_  
Signature of Plaintiff

_____  
Printed Name of Plaintiff

11621 76th ST NE  
Mailing Address

Fairdale ND 58229  
City, State, Zip Code

(701) 966 2539  
Telephone Number of Plaintiff

(701) 360 0766

_____  
Printed Name of Plaintiff

_____  
Mailing Address

_____  
City, State, Zip Code

_____  
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**      4