United States District Court

District of North Dakota

655 1st Ave, Suite 130

Fargo, ND 58102

July 09, 2020

I, Susan Kay Slivicki filed 05/20/20 Case 3;20-cv-00070-ARS and would like to include the following information to be added. Thank you for your consideration.

Sincerely,

*Susan Kay Slivicki*

Susan Kay Slivicki

11621 76th ST NE

Fairdale, ND 58229

(701)966-2539

(701)360-0766