Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*

Susan Kay Slivicki,

    Plaintiff,

vs.

Denis McDonough, Secretary of Veterans Affairs,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:20-cv-70

- [ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [ ] **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- [x] **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

- [ ] **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

- [ ] **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on October 26, 2021, it is ORDERED that Slivicki's complaint, (Doc. 1; Doc. 30), is DISMISSED without prejudice.

Date:  October 26, 2021

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Shantel Jagol, Deputy Clerk*